**EXHIBIT G**

# LAW OFFICES OF
# MANOTTI L. JENKINS, LTD.

**INTELLECTUAL PROPERTY • LITIGATION • TRANSACTIONS • ENTERTAINMENT**

June 6, 2024

**VIA EMAIL**

Thomas J. Dempsey, Esq.
Jones, Gregg, Creehan & Gerace, LLP
20 Stanwix St., Suite 1100
Pittsburgh, PA 15222
tjd@jgcg.com

**Re:    Cease and Desist Demand (Name, Image and Likeness of Dwayne Haskins, Jr.)**

Dear Mr. Dempsey:

This law firm represents the family of Dwayne Haskins, Jr. (hereinafter, the "Haskins Family"). We understand that you serve as legal counsel for Kalabrya Haskins.

It has come to our attention that your client, Kalabrya Haskins, has taken certain actions since the death of Dwayne Haskins, Jr. in April 2022 that have been intended to, and have had the effect of, undermining the rights of the Haskins Family to publicly reference the name, image and likeness of their beloved son and brother. We have received evidence that such actions have included, but are not limited to, improperly challenging the existence of the Haskins Family Foundation Inc., as well as formally requesting the disablement of the Instagram social media accounts of Dwayne Haskins, Sr., Tamia Haskins, and the Haskins Family Foundation Inc.

By this letter, and on behalf of the Haskins Family, we are demanding that you immediately cease and desist such improper conduct. We furthermore require that you provide us with written assurances by no later than Monday, June 10, 2024, that your client will no longer pursue the referenced actions or any other such actions. You may provide the written assurances by return email.

Thank you.

Sincerely,

/s/ Manotti L. Jenkins

cc:   Todd J. Hollis, Esq.

601 Pennsylvania Avenue,
N.W., South Building,
SUITE 901
WASHINGTON, DC 20004
**OFFICE/CELL: 202.760.1457**

161 North Clark Street,
SUITE 1700
CHICAGO, IL 60601
**OFFICE/CELL: 312.208.9537**

National Toll-Free: **844 MLJLAW1  844.655.5291**  •  FAX:  **872.228.8153**
mj@mljlawoffices.com   •   www.mljlawoffices.com