IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE HASKINS, SR., TAMARA HASKINS, TAMIA HASKINS, AND HASKINS FAMILY FOUNDATION INC., | : : : : | |
| Plaintiffs, | : : | Civil Action No.: _____ |
| v. | : : | Electronically Filed |
| KALABRYA HASKINS, | : : : | |
| Defendant. | : : | |

## DECLARATION OF PHILIP BERTELSEN

I, Philip Bertelsen, am over the age of 18 years old and, upon personal knowledge, declares as follows:

1. I am the President of Realization Pictures, a New York based film production company in the business of making documentaries and fact-based fiction. I am making this declaration on behalf of the Haskins Family and Haskins Family Foundation in the subject matter of this case.

2. **(THIS PARAGRAPH IS SUBJECT TO THE PLAINTIFFS' ACCOMPANYING MOTION FOR *IN CAMERA* REVIEW BY THE JUDGE AND THUS SHOULD <u>NOT</u> BE SEEN BY DEFENDANT OR HER COUNSEL, OR OTHERWISE EXPOSED TO THE PUBLIC.)** ▮

▮

1

[REDACTED]

3. **(THIS PARAGRAPH IS SUBJECT TO THE PLAINTIFFS' ACCOMPANYING MOTION FOR *IN CAMERA* REVIEW BY THE JUDGE AND THUS SHOULD <u>NOT</u> BE SEEN BY DEFENDANT OR HER COUNSEL, OR OTHERWISE EXPOSED TO THE PUBLIC.)**

[REDACTED]

4. **(THIS PARAGRAPH IS SUBJECT TO THE PLAINTIFFS' ACCOMPANYING MOTION FOR *IN CAMERA* REVIEW BY THE JUDGE**

**AND THUS SHOULD <u>NOT</u> BE SEEN BY DEFENDANT OR HER COUNSEL, OR OTHERWISE EXPOSED TO THE PUBLIC.)** ▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

5. Based on my experience as a filmmaker, I anticipate that the revenue from this project will exceed the sum of $75,000.00, exclusive of interests and costs.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the __20__ day of July, 2024

__New York__, __NY__

United States of America

Philip Bertelsen

*/s/ Philip R. Bertelsen*