**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DWAYNE HASKINS, SR., TAMARA HASKINS, TAMIA HASKINS, AND HASKINS FAMILY FOUNDATION INC., | : : : : | |
| Plaintiffs, | : : | Civil Action No.: _____ |
| v. | : : | Electronically Filed |
| KALABRYA HASKINS, | : : | |
| Defendant. | : : : | |

## DECLARATION OF TYREE SPINNER

I, Tyree Spinner, am over the age of 18 years old and, upon personal knowledge, declares as follows:

1.  I am a head football coach in the State of Maryland.

2.  I served among the security detail for the Haskins Family (Dwayne Haskins, Sr., Tamara Haskins, and Tamia Haskins) during the Memorial Service that they produced for Dwayne Haskins, Jr. at Bullis School in Potomac, Maryland. As a security officer for the event, I was charged, among other responsibilities, with watching everyone as the ceremony came to a close. I watched Kalabrya Haskins as she walked on to the football field from the stands. I observed her pick up a very nice painting that had been created, with a personalized note, to the

Haskins Family. I told her that she could not take the painting because I was aware that it belonged to the Haskins Family. She put the piece down when she realized who I was. She then said to me, "I hope they are going to get a lawyer because they're not going to get any money from us." As she walked away, she said to me, "I can't believe you're treating me this way especially after the many times we have seen each other." I responded to her, "I'm sorry; I'm just doing my job."

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the 1st day of July, 2024

Montgomery County, Maryland

United States of America

Tyree Spinner

7/1/24