IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE HASKINS, SR., TAMARA HASKINS, TAMIA HASKINS, AND HASKINS FAMILY FOUNDATION INC., | : : : : | |
| Plaintiffs, | : : | Civil Action No.: 2:24-cv-1085 |
| v. | : : | Electronically Filed |
| KALABRYA HASKINS, | : : : | |
| Defendant. | : : | |

**PLAINTIFFS' MOTION FOR *IN CAMERA* REVIEW**

The Plaintiffs, Dwayne Haskins, Sr., Tamara Haskins, Tamia Haskins, and The Haskins Family Foundation Inc. (hereinafter, the "Plaintiffs"), through their undersigned counsel of record, bring this Motion requesting an *In Camera* Review of certain information contained in their contemporaneously filed Complaint for Declaratory Judgment against Kalabrya Haskins (hereinafter, the "Defendant"), and related documents.

1. This action is brought pursuant to the Declaratory Judgements Act, 42 Pa. C.S. §§ 7531 *et seq.*, for the purpose of determining the legal rights and obligations of the parties, and involves a question of general and actual controversy that is ripe for consideration.

2. For the reasons stated in the accompanying Complaint for Declaratory Relief, the Plaintiffs are requesting that the Court issue a declaratory judgment (i) declaring that Defendant Kalabrya Haskins cannot assert the Pennsylvania Right of Publicity statute against the Plaintiffs' publication of their Project, and (ii) declaring that Defendant Kalabrya Haskins is legally precluded from taking action, *in any manner*, to undermine the Project.

3. The Plaintiffs hereby request that the discussion and description of the Project, which appear in Paragraph 21 of the Plaintiffs' Complaint for Declaratory Relief, as well as Paragraph 12 of Exhibits A, B and C, and Paragraphs 2, 3 and 4 of Exhibit H, be reviewed by the Court *in camera*, and outside of the view of the Defendant or her counsel.

4. The Plaintiffs have a genuine belief that protection of this information is necessary because the Plaintiffs consider the information to be proprietary at this juncture, and Defendant has engaged in dishonest, aggressive and untrustworthy conduct making it highly likely that she would use any information she acquired at this point to harm the Project. This conduct has included the following:

- To this day, she refuses to provide an accurate accounting of Dwayne, Jr.'s assets that should be a part of the Estate.

- She has liquidated much of Dwayne, Jr.'s assets that should have been a part of the Estate.

- As the executor of Dwayne, Jr.'s estate, she failed to inform our family that Dwayne, Jr. made his sister, Tamia, the beneficiary of the Bradley Street Trust, which was his homestead at his death.

- She attempted to steal a very nice painting of Dwayne, Jr., which was created by a professional artist, and was displayed at his Bullis School Memorial Service and personalized with a note to his family; when she was told by the security guard who witnessed the attempted theft that she could not take the painting because it was specifically for Dwayne, Jr.'s family, she responded: "I hope they are going to get a lawyer because they're not going to get any money from us." (Declaration of Tyre Spinner, Ex. 1 to this Declaration, ¶ 2.)

- She has published at least one YouTube video in which she uses the image and likeness of Dwayne, Jr. to receive financial proceeds from the public without placing the proceeds into Dwayne, Jr.'s Estate.

- She attempted to prevent Dwayne, Jr.'s family from getting a copy of their Marriage Certificate and Dwayne, Jr.'s Death Certificate.

- She promised to provide Dwayne, Jr.'s family with a portion of his ashes after she cremated him, without letting us know she had planned to take this act, but she did not provide us with any portion of his ashes.

- She committed at least one physical assault against Dwayne, Jr. during their marriage.

- She issued a public threat to an NBA basketball player who was involved in an altercation with her sister.

(Ex. A, Declaration of Dwayne Haskins, Sr., ¶ 13; Ex. B, Declaration of Tamara Haskins, ¶ 13; Ex. C, Declaration of Tamia Haskins, ¶ 13; Ex. 1, Declaration of Tyre Spinner [to each of the aforementioned exhibits]).


      **WHEREFORE**, the Plaintiffs, Dwayne Haskins, Sr., Tamara Haskins, Tamia Haskins, and The Haskins Family Foundation Inc., respectfully request that

the Court conduct an *in camera* review of the information, discussion and description of the Project, as appears in Paragraph 14 of the accompanying Complaint for Declaratory Relief, outside of the view of the Defendant or her counsel, and to be otherwise protected from public disclosure, and any other relief that this Court deems just and proper.

Dated:     July 30, 2024              Respectfully submitted,

                             By:   */s/ Matthew A. Bole*
                                   Matthew A. Bole (Bar No. 311642)
                                   **Fiffik Law Group, P.C.**
                                   Foster Plaza 7
                                   661 Anderson Dr., Suite 315
                                   Pittsburg, PA 15220
                                   Tel: (412) 391-1014
                                   mbole@fiffiklaw.com

                                   */s/ Manotti L. Jenkins*
                                   Manotti L. Jenkins
                                   **Law Offices of Manotti L. Jenkins, LTD.**
                                   161 North Clark Street
                                   Suite 1700
                                   Chicago, Illinois 60601
                                   Tel: (312) 208-9537
                                   mj@mljlawoffices.com
                                   (*pro hac vice pending*)

                                   Attorneys for the Plaintiffs

## CERTIFICATE OF SERVICE

The below signed attorney hereby certifies that the above document and attachments were served by email to the below attorney for the Defendant, on July 30, 2024, by email transmission:

Thomas J. Dempsey, Esq.<br>
Jones, Gregg, Creehan & Gerace, LLP<br>
20 Stanwix St., Suite 1100<br>
Pittsburgh, PA 15222<br>
tjd@jgcg.com

                                          */s/ Manotti L. Jenkins*
                                        Manotti L. Jenkins