# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DWAYNE HASKINS, SR., TAMARA )
HASKINS,TAMIA HASKINS, AND )
HASKINS FAMILY FOUNDATION, INC. )
                                       )
      Plaintiffs,                )      Case No. 2:24-cv-01085
                                       )
   v.                                   )
                                       )
KALABRYA HASKINS            )

      Defendant.

## PLAINTIFFS' PROPOSED ORDER ON MOTION FOR *IN CAMERA* REVIEW

Upon the Plaintiffs' Motion, dated July 30, 2024, for an *In Camera* Review, and Defendant having opposed the Motion, the Court, having considered the papers submitted and any oral argument presented by counsel,

HEREBY ORDERS THAT:

The Plaintiffs' Motion is GRANTED. The Court shall review the relevant information provided by the Plaintiffs *In Camera*.

                                                                _____
                                                                 U.S. District Judge