**EXHIBIT F**



# SOMMER
## LAW GROUP, PC

**Brad N. Sommer, Esquire**
BNS@SommerLawGroup.com

6 Market Square
Pittsburgh, PA 15222

(P) 412-471-1266
(F) 412-471-3175
www.SommerLawGroup.com

April 29, 2022

**Via Electronic, First-Class, and Certified Mail**
Haskins Family Foundation, Inc.
12300 Grey Squirrel Street
Clarksburg, MD 20871
donate@haskinsfamilyfoundation.com
info@haskinsfamilyfoundation.com

RE:   Dwayne Haskins, Jr.
      Cease & Desist Fundraising Activities

To Whom It May Concern:

  Please be advised that our office has been retained by Kalabrya Haskins, the surviving spouse, with respect to the passing of her husband, Dwayne Haskins, Jr., along with a charitable organization founded and filed with the Pennsylvania Department of State, named the Dwayne Haskins Jr. Foundation, Inc, and in anticipatory representation of the filing and opening of the estate.

  We have identified that your organization has been soliciting donations under the name of her late husband without her consent, required as the surviving spouse who maintains the legal right to his right of publicity, including, *inter alia*, name, signature, photograph, image, and likeness. Accordingly, we hereby demand that you immediately cease and desist these activities as the same are in violation of various state and federal laws, including but not limited to, the Lanham Act wherein said activities are being used for any commercial or advertising purposes.

  We also hereby demand that you provide our offices with a full, complete and detailed accounting of all donations received through your fundraising efforts, and from whom, and provide to our office along with a transfer of all funds collected to date payable to "Dwayne Haskins Jr. Foundation, Inc." This demand shall remain open and ongoing, requiring supplementation in the future as applicable.

  Moreover, we demand that you publicly retract your fundraising activities, commercialization, and advertising in regards to Dwayne Haskins, Jr., in addition to removing them from all platforms under your control, including but not limited to any and all social media platforms, digital media, and printed media, and direct any contributors moving forward to the new foundation. This includes but is not limited to the solicitation of funds in regards to Dwayne Haskins Jr. through Bullis High School, the Ohio State University, the Washington Commanders, and the Pittsburgh Steelers.

Haskins Family Foundation, Inc.
April 29, 2022
Page Two

    Please consider this a formal cease and desist. It is required that you respond to this letter within five (5) days of receipt of this letter with the requested information and confirmation of your voluntary compliance, or we will proceed accordingly. You may respond either through your appointed legal counsel, or by an appropriate company representative. Should you choose to represent yourself in this matter, please note that all communications must remain in writing, which includes email.

    We thank you in advance for your cooperation.

Very Truly Yours,<br><br>BRAD N. SOMMER

CC: Dwayne Haskins, Sr.
Tamara Haskins
Tamia Haskins
Willie Gaillard
Martha Gaillard
Trudy Gaillard
David Gray
Wanda Gray
Nicole Haskins
Charlene Grier
Robert Haskins, Jr.
Selene Haskins
Sidonie Becton