UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF
PENNSYLVANIA

DWAYNE HASKINS, SR ET AL
  Plaintiff,

v.                                    Civil Action No. 2:24-1085

KALABRYA HASKINS
  Defendant.

### DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2) where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

| Kalabrya Haskins | previously Georgia, currently Florida |
|---|---|
| (Party/Intervenor) | (Citizenship) |

Date October 4, 2024

/s/Lisa G. Michel
Attorney for Defendant
Kalabrya Haskins

PA ID 59997
Bacharach and Michel
564 Forbes Avenue, PH
Pittsburgh, PA 15219
412.391.8713
lmichel@jblmlaw.com