IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DWAYNE HASKINS, SR., TAMARA, HASKINS, TAMIA HASKINS, AND HASKINS FAMILY FOUNDATION, INC. | Civil Action |
| | No. 2:24-CV-1085-WSS |
| Plaintiffs, | |
| v. | |
| KALABRYA HASKINS, | |
| Defendant. | |

### PROPOSED ORDER OF COURT

AND NOW this _____ day of October 2024 upon consideration of Defendant Kalabrya Haskins' Motion for Extension of to time to file a responsive pleading, to which the Plaintiffs' consent, the Motion is granted. Defendant shall have 14 days from this Court's Order on the Defendant's companion Motion seeking an unredacted copy of the Complaint to file her Responsive pleading. A date certain shall be entered on that order, once entered.

BY THE COURT,

_____, J.