IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE HASKINS, SR., TAMARA HASKINS, TAMIA HASKINS, AND HASKINS FAMILY FOUNDATION INC., | : : : : | |
| Plaintiffs, | : : | Case No.: 2:24-cv-01085-WSS |
| v. | : : | Electronically Filed |
| KALABRYA HASKINS, | : : | |
| Defendant. | : : : | |

## **PLAINTIFFS' SHOW CAUSE RESPONSE**

The Plaintiffs, Dwayne Haskins, Sr., Tamara Haskins, Tamia Haskins, and The Haskins Family Foundation Inc. (hereinafter, the "Plaintiffs"), through their undersigned counsel of record, file this Show Cause Response in compliance with the Court's October 10, 2024 Order to Show Cause. Specifically, the Court directed that "Plaintiffs show cause whether sealed and redacted portions of their complaint should be unsealed."

Plaintiffs are prepared to move forward with their substantive case in which they seek a Declaratory Judgment that Defendant Kalabrya Haskins is legally prohibited from challenging, *in any manner*, Plaintiffs' Project, as the Project falls under the "fair use" exception to the Pennsylvania Rights of Publicity statute, 42 Pa. Const. Stat. § 8316. Accordingly, Plaintiffs will file and serve unredacted

1

versions of their Complaint and Declarations, and also consent to having their pleadings unsealed.

Dated: October 24, 2024

Respectfully submitted,

By: <u>*/s/ Matthew A. Bole*</u>
Matthew A. Bole (Bar No. 311642)
**Fiffik Law Group, P.C.**
Foster Plaza 7
661 Anderson Dr., Suite 315
Pittsburg, PA 15220
Tel: (412) 391-1014
Fax: (412) 471-9510
mbole@fiffiklaw.com

<u>*/s/ Manotti L. Jenkins*</u>
Manotti L. Jenkins
**Law Offices of Manotti L. Jenkins, LTD.**
161 North Clark Street
Suite 1700
Chicago, Illinois 60601
Tel: (312) 208-9537
Fax: (872) 228-8153
mj@mljlawoffices.com
(*admitted pro hac vice*)

Attorneys for the Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned counsel of record for the Plaintiffs hereby certifies that the Plaintiffs' Show Cause Response was served, by electronic mail, on the below counsel of record for the Defendant on October 24, 2024:

Lisa G. Michel, Esq.<br>
John Bacharach, Esq.<br>
Bacharach and Michel<br>
lmichel@jblmlaw.com<br>
jbacharach@jblmlaw.com

/s/ Manotti L. Jenkins
Manotti L. Jenkins